UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Michele Francis,

                    Plaintiff,      19-CV-1979 (LAK)

v.

Costco Wholesale Corporation, et al.,

                    Defendant(s).
------------------------------x

## ORDER

A conference will be held on Monday, February 3, 2020 at 11:00 AM in courtroom 21B.

SO ORDERED.

DATED:    January 13, 2020

                                                  Lewis A. Kaplan
                                                  United States District Judge