```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MICHELE FRANCIS,

                Plaintiff,

-against-

COSTCO WHOLESALE CORPORATION AND
COSTCO WHOLESALE MEMBERSHIP, INC.,
                Defendants.
-------------------------------------------------------------X

19 **CIVIL** 1979 (LAK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated April 7, 2021, Plaintiff has failed to provide any evidence establishing an issue of material fact with regard to causation. Defendants' motion for summary judgment dismissing the complaint is granted; accordingly, the case is closed.

**Dated:** New York, New York
       April 7, 2021

                                    RUBY J. KRAJICK

                                    Clerk of Court

                   BY:

                                    **Deputy Clerk**